■ In the Matter of AETNA CASUALTY & SURETY COMPANY, Appellant, v LIBERTY MUTUAL FIRE INSURANCE COMPANY, Respondent. [639 NYS2d 929]

The arbitration award under review did not award the petitioner $27,500; therefore, no judgment can be entered in the petitioner's favor in that amount. The petitioner's remaining contentions are without merit. Miller, J. P., Thompson, Joy and Goldstein, JJ., concur.